**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FALGUNI MEGHA**<br><br>                    Plaintiff,<br><br>        v.<br><br>**LOS ANGELES COUNTY RECORDERS OFFICE, ET AL.,**<br><br>                    Defendants. | Case No. CV 22-6076 DMG (Ex)<br><br>**JUDGMENT** |

On September 1, 2023, this Court having granted Defendants' Motion to Dismiss as to Plaintiff's federal claims and having declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, thereby resolving all remaining issues and claims outstanding herein,

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action is DISMISSED in its entirety. Judgment is hereby entered in favor of Defendants and against Plaintiff Falguni Megha on Plaintiff's federal claims under 18 U.S.C. § 1344, 18 U.S.C. § 472, and 18 U.S.C. § 1028, which are DISMISSED WITH PREJUDICE. Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE.

DATED:  September 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE